UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**CHRISTINE VICK**                                          Case No. 6:11-bk-10510-ABB
      Debtor,

_____/

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW, Debtor, CHRISTINE VICK, by and through their undersigned attorney and files this *Objection to Motion to Dismiss for Debtor's Failure to Provide Copies of 2015 Income Tax Return* (Doc No. 62), and in support thereof state:

1.  Debtor's 2015 income tax return was uploaded via BRAT on or about April 16, 2016, and was re-uploaded to BRAT on August 5, 2016 after being notified by the Trustee's office on August 4, 2016 that the return had not been accepted.

2.  Debtor has successfully completed her Chapter 13 Plan and, other than filing Certificate of Competition of Personal Financial Management, has complied with all requirements of the Court, Trustee, and the Plan.

WHEREFORE, Debtor respectfully requests that the Motion to Dismiss be denied by the Court.

I HEREBY CERTIFY a copy of the foregoing has been provided by either U.S. Mail, facsimile, or electronic transmission to: Laurie K. Weatherford, Chapter 13 Trustee, PO Box 3450, Winter Park, FL 32790-3450 this 5th day of August, 2016.

/s/ Jonathan B. Alper
Jonathan B. Alper, Esquire
Alper Law, PLLC
274 Kipling Court
Heathrow, FL 32746
Telephone: (407) 444-0404
Primary Email: jalper@alperlaw.com
Secondary Email: jroyal@alperlaw.com
Florida Bar No. 208681
Attorney for Debtor